IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:20-CR-00201-1-BCW |
| | ) | |
| MARCELL MATTHEW SANDERS, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Before the Court is Magistrate Judge Morris's Report and Recommendation (Doc. #43) denying Sanders' Motion to Suppress Evidence (Doc. #22). The Government responded to the motion (Doc. #30) on February 1, 2021. On February 16, 2021, the Defendant filed a reply (Doc. #31). An evidentiary hearing was held on March 25, 2021. (Doc. #36).

Magistrate Judge Morris issued the Report and Recommendation (Doc. #43) on July 16, 2021. Defendant objected to the Report and Recommendation (Doc. #44) and the Government filed a memorandum opposing Defendant's objections. (Doc. #48). After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Morris's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #43), Defendant's Motion to Suppress Evidence (Doc. #22) is DENIED. It is further

1

ORDERED that Magistrate Judge Morris's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: October 19, 2021          /s/ Brian C. Wimes
                                 JUDGE BRIAN C. WIMES
                                 UNITED STATES DISTRICT COURT